TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ISRAEL GOMEZ,<br><br>Petitioner,<br>v.<br><br>TODD BLANCHE, *et al*,<br><br>Respondent. | Case No. 2:26-cv-02567-MMD-BNW<br><br>**Order Granting Joint Stipulation for Leave to Lawfully Remove the Petitioner from the United States.** |

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for leave of Court for Federal Respondents to effectuate the lawful deportation of Petitioner from the United States to Spain.

On Friday, August 18, 2026, this Court ordered Petitioner not be transferred from the District of Nevada. On August 7, 2026, Petitioner was ordered removed from the United States and waived his right to appeal and file for relief from removal. Petitioner declined to pursue asylum relief, rendering his removal order final with no mechanism for appeal. See **Exhibit A**. As a result, Petitioner is now subject to detention under 8 U.S.C. § 1231 pending removal from the United States to Spain. Petitioner has a travel authorization document that is valid only until September 2, 2026, and currently scheduled for travel to Spain on August 27, 2026. See **Exhibit B.**

As a result of Petitioner's imminent removal, as well as imminent expiration of travel documents, the Parties request the Court to allow transfer of the Petitioner from the

District of Nevada for the purpose of effectuating the lawful deportation of Petitioner to Spain.

Respectfully submitted this 25th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

/s/ Sylvia Irvin
SYLVIA IRVIN
Assistant Federal Public Defender
*Attorneys for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

______________________________
**United States District Judge**

**Dated:** August 26, 2026

Case 2:26-cv-02567-MMD-BNW Document 7 Filed 03/25/26 Page 3 of 11

# Exhibit A

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## VISA WAIVER PROGRAM (VWP)
## NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

File Number: A[redacted]

Alien's Name: CARDENAS GOMEZ, KEVIN ISRAEL

The Department of Homeland Security (DHS) has determined that you entered the United States pursuant to Section 217 of the Immigration and Nationality Act (INA or the Act). Accordingly, you signed and agreed to the conditions stated on Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Document or the Electronic System of Travel Authorization (ESTA), either of which explained to you the conditions of admission under the Visa Waiver Program. As a condition of your admission into the United States under the Visa Waiver Program, you agreed to waive your right to contest any removal action, other than on the basis of an application for asylum.

DHS alleges that:

1. You are not a citizen or national of the United States;

2. You are a native of SPAIN and a citizen of SPAIN;

3. You were admitted to the United States at Las Vegas, Nevada on or about April 5, 2022, as a nonimmigrant Visitor For Pleasure with authorization to remain in the United States for a temporary period not to exceed July 03, 2022;

4. You remained in the United States beyond July 03, 2022, without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

Based on the information above, you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

Therefore, DHS is serving you this Notice of Intent to Issue a Final Administrative Removal Order ("Notice of Intent"). You are not entitled to a hearing before an Immigration Judge regarding your removability.

| | LAS VEGAS, NV | 08/07/2026 |
|---|---|---|
| | (City and State) | (Date) |
| C 4058 CORTEZ | (A) SDDO | |
| (Printed Name) | (Title) | (Signature of Issuing Officer) |

**<u>If you wish to contest any of the above factual allegations or your removability, you will be granted 48 hours from the time of service of this notice to do so</u>**. You may request, for good cause, an extension of time to rebut the charges stated above, to obtain supporting evidence, or to consult an attorney. If you fear persecution in your country of nationality, citizenship, or last residence on account of race, religion, nationality, membership in a particular social group, or political opinion you may apply for asylum under section 208 of the Act or withholding of removal under section 241(b)(3) of the Act. If you fear torture in your country of nationality, citizenship, or last residence, you may apply for withholding or deferral of removal under regulations implementing U.S. obligations under Article 3 of the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you are more likely than not to be persecuted or tortured, but would not prevent your removal to other countries. If you fail to respond to these charges within the required timeframe, you will be ordered removed from the United States to your country of nationality, citizenship, or last residence. In the event DHS cannot remove you to one of the aforementioned countries, attempts will be made to remove you to a country in accordance with section 241(b)(2)(E) of the Act. You do not have any administrative appeal rights once the removal order has been issued by the deciding official. Subject to DHS's discretion, you may be detained pending your removal.

## Certificate of Service

I personally served this Notice of Intent on the alien. I have determined that the person served with this document is the individual named on this form. I explained this Notice of Intent to the alien in the SPANISH language, and confirmed that he / she understood it,

☐ without the need of an interpreter; OR

☑ via an interpreter, LIONBRIDGE (Name/Title/ID/Company).

PEREZ, J.L. 16985 | [signature] | AUG 07 2026

(Printed Name and Title of Officer) (Signature of Officer) (Date/Time)

---

**I acknowledge that I have received this Notice of Intent**

[redacted] AUG 07 2026

(Alien's Signature) (Date)

☐ Alien refused to acknowledge receipt of this document (witness signature required if alien refuses to sign).

(Printed Name and Title of Witness) (Signature of Witness) (Date/Time)

---

**I do not wish to contest the allegations and charge(s) contained in the Notice of Intent**

☑ I admit the allegations and charge(s) in this Notice of Intent. I do not wish to request Asylum, Withholding or Deferral of Removal. I wish to be removed from the United States to my country of nationality, citizenship, or last residence.

☐ I admit the allegations and charge(s) in this Notice of Intent. However, I wish to request Asylum, Withholding or Deferral of Removal as notated below.

**OR**

**I Wish to Contest Removability**

☐ I contest the allegations and charge(s) in this Notice of Intent: (Attach any supporting documentation)

- ☐ I am a citizen or national of the United States.
- ☐ I am a lawful permanent resident of the United States.
- ☐ I have been granted refugee or asylee status in the United States, or withholding or deferral of removal.
- ☐ I did not last enter the United States pursuant to the Visa Waiver Program.
- ☐ I am in compliance with the terms of my admission and was admissible at the time of entry.
- ☐ I am a citizen of ______________ and eligible for Temporary Protected Status in accordance with Section 244 of the Act.
- ☐ Other ______________

**AND / OR**

**I Wish to Request Asylum, Withholding or Deferral of Removal**

☐ I request asylum, withholding or deferral of removal to ______________ (Name(s) of Country or Countries):

- ☐ Under Sections 208 or 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.
- ☐ Under the regulations implementing U.S. obligations under Article 3 of the Convention Against Torture, because I fear torture in that country or those countries.

[redacted] AUG 07 2026

(Alien's Signature) (Date)

---

The alien was provided a copy of this Notice of Intent. After having provided the alien with a 48-hour period to respond (if applicable) to these allegations and charge(s), the alien has (check all boxes that apply):

☑ Admitted the allegations and charge(s).
☐ Contested the allegations.
☑ Not made any claim for relief from removal.
☐ Made a request for asylum, withholding, or deferral of removal (Form I-863 Notice of Referral to Immigration Judge issued).
☐ Failed or refused to respond to the allegations.

PEREZ J.L. DO 16985 | [signature] | AUG 07 2026

(Printed Name and Title of Officer) (Signature of Officer) (Date/Time)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## VISA WAIVER PROGRAM (VWP)
## FINAL ADMINISTRATIVE REMOVAL ORDER

File Number: A[redacted]

Alien's Name: CARDENAS GOMEZ, KEVIN ISRAEL

### VISA WAIVER PROGRAM VIOLATOR

Based upon the allegations set forth in the Notice of Intent and evidence contained in the administrative record, I, the undersigned Deciding Official of the Department of Homeland Security (DHS), make the following determinations:

1. You are not a citizen or national of the United States;
2. You were admitted to the United States as a nonimmigrant visitor on 04/05/2022 at LAS VEGAS, NV pursuant to Section 217 of the Immigration and Nationality Act under the Visa Waiver Program after executing Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Document or the Electronic System of Travel Authorization (ESTA), either of which explained to you the conditions of admission under the Visa Waiver Program and that you waived any right to contest, other than on the basis of an application for asylum, any action for your removal; and
3. The administrative record establishes by clear and convincing evidence that you are removable.

By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you removable as charged and order that you be removed from the United States.

You are hereby ordered removed to: SPAIN (Country). This order is final and not subject to administrative appeal.

**You have limited judicial appeal rights. DHS will proceed with your removal from the United States unless a court order is issued to stay your removal or an application for asylum, withholding or deferral of removal is pending before the Department of Justice, Executive Office for Immigration Review.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command any DHS Officer with authority to enforce United States immigration law to take into custody and remove from the United States, the above-named alien.

| G D08482 RUIZ - (A) Assistant Field Office Dire | LAS VEGAS, NV | 08/07/2026 |
|---|---|---|
| (Printed Name, Title, and Signature of Deciding Official) | (City and State) | (Date) |

### Certificate of Service

I personally served this Final Administrative Removal Order on the alien. I have determined that the person served with this document is the individual named on this form. I explained this Final Administrative Removal Order to the alien in the SPANISH language, and confirmed that he/she understood it, ☐ without the need of an interpreter; OR ☑ via an interpreter,

LIONBRIDGE 9943 (Name/Title/ID/Company).

JOSE PEREZ - Deportation Officer — AUG 07 2026
(Printed Name, Signature and Title of Officer) — (Date)

I acknowledge that I have received a copy of this Final Administrative Removal Order. — AUG 07 2026

x [redacted]
(Alien's Signature) — (Date)

☐ Alien refused to acknowledge receipt of this document (Witness signature required if alien refuses to sign).

(Printed Name, Signature and Title of Witness) — (Date)

# Exhibit B

CONSULADO GENERAL DE
ESPAÑA EN SAN FRANCISCO



INFORME DE FIRMA, no sustituye al documento original | C.S.V. : GEN-ea7d-6f24-c2c9-cb63-4ab0-7d2b-477a-5d1f | Puede verificar la integridad de este documento en la siguiente dirección: https://run.gob.es/hsblF8yLcR

# ESPAÑA / SPAIN / ESPAGNE

## SALVOCONDUCTO / SAFE CONDUCT / LAISSEZ-PASSER

**Se expide el presente salvoconducto, válido únicamente para viajar a España, a quien dice ser y llamarse** / *has issued this safe conduct, which is only valid for travel to Spain, to the person identifying him/herself as* / *délivre le présent laissez-passer, valable uniquement pour se rendre en Espagne, à la personne se présentant comme*:

**KEVIN ISRAEL CARDENAS GÓMEZ**

**Nacionalidad** / *nationality / nationalité* ESPAÑOLA

**Documento de Identidad** / *Identity Document* / *Document d'identité* [redacted]

**Sexo** / *sex* / *sexe* M

**Nombre de los progenitores** / *parents' name* / *prénom des parents* ROBERT ALONSO y ERIKA ELIZABETH

**Nacido en** / *born in / né à* MADRID (MADRID)

**El** / *on* / *le* [redacted]

**Domiciliado en** / *resident in* / *domicilié à* YECLA (MURCIA) **Calle** / *address* / *rue* Par. El Jardinillo SN

**Que tiene previsto viajar con la compañía, fecha** / *who intends to travel with, date* / *ayant prévu Voyager avec la compagnie, date* LAS-MIA [redacted] LLEGADA 27 DE AGOSTO A LAS [redacted]

**Observaciones** / *observations* / *observations* MIA-MAD [redacted] LLEGADA 28 DE AGOSTO A LAS [redacted]

**En** / *In* / *Fait à* SAN FRANCISCO **a** / *on* / *le* 19 de agosto de 2026

**FUNCIONARIO HABILITADO,**

**Fdo.**: CARLOS MEDINA DRESCHER
CÓNSUL GENERAL EN SAN FRANCISCO

**CADUCA EL / *EXPIRES ON* / VALABLE JUSQU'À 2 septiembre 2026**

**CSV : GEN-ea7d-6f24-c2c9-cb63-4ab0-7d2b-477a-5d1f**
**DIRECCIÓN DE VALIDACIÓN : https://run.gob.es/hsblF8yLcR**
**FIRMANTE(1) : CARLOS MEDINA DRESCHER | FECHA : 19/08/2026 21:30 | Sin acción específica**

[redacted]

Wednesday, 19AUG 2026 09:56 PM

**Passengers:KEVIN ISRAEL CARDENASGOMEZ ([redacted])**

Agency Record Locator: [redacted]

[>>ViewTrip]
[>>TSA PreCheck]
[>>FAA Airport Info]
[>>Federal Travel Online]

Please do not reply to this email. This is an unattended email box.
Omega World Travel must be notified within 24 hours regarding corrections. Thank you.

**We ask that you confirm the following before your trip departure:**
**Confirm flight/rail departure and arrival times directly with carrier.
**Confirm hotel reservations with the property a day before your arrival.
**Confirm car rental hours of operations.

**For International Travel, please verify the validity of your passport and any visa or other entry requirements. Information may be found on [redacted] or ask agent for details.**

## AIR Thursday, 27AUG 2026

[redacted]

**From**: Las Vegas NV/Harry Reid Arpt

**To**: Miami FL, USA

Stops: Nonstop

Seats: [redacted]

Equipment: [redacted] Passenger

DEPARTS LAS TERMINAL 1

SEAT TO BE ASSIGNED UPON CHECKIN

[redacted] **Confirmation number is** [redacted]

**Flight Number**: [redacted]

**Depart**: [redacted]

**Arrive**: [redacted]

Duration: 5 hour(s) 2 minute(s)

Status: CONFIRMED

MEAL: FOOD TO PURCHASE

Class: - Y-Economy

Miles: 2172 / 3475 KM

Click here 24 hours in advance to obtain boarding passes: [redacted]
Click here for carrier Baggage policies and fees: [redacted]

## AIR Thursday, 27AUG 2026

[redacted]

**From**: Miami FL, USA

**To**: Adolfo Suárez Madrid Barajas Airport, Spain

Stops: Nonstop

**Flight Number**: [redacted]

**Depart**: [redacted]

**Arrive**: [redacted] 28AUG

Duration: 8 hour(s) 40 minute(s)

Status: CONFIRMED

Class: - Y-Economy

Miles: 4418 / 7069 KM

Equipment: [redacted] MEAL: DINNER/BREAKFAST



ARRIVES MAD TERMINAL 4S
SEAT TO BE ASSIGNED UPON CHECKIN
FOR AFTER HOURS ASSISTANCE FROM THIS DESTINATION
CALL [redacted]
PREFERRED SEAT NOT AVAILABLE. CHECKS CONTINUE UNTIL DEPARTURE DATE
[redacted] **Confirmation number is** [redacted]

Click here 24 hours in advance to obtain boarding passes: [redacted] Click here for carrier Baggage policies and fees: [redacted]

**TOUR** **Friday, 11JUN 2027**

THANK YOU FOR BOOKING WITH [redacted]

CHECK CARRIER WEB SITE FOR CHANGE/CANCEL AND BAGGAGE POLICIES
CHECK-IN TIME ARE 90 MINUTES PRIOR TO DEPARTURE
FOR DOMESTIC FLIGHTS OR 120 MINUTES FOR INTERNATIONAL
[redacted] FEDERAL SERVICES-HOTEL/CAR/AIR/RAIL
[redacted]

**Ticket/Invoice Information:**

Ticket for: KEVIN ISRAEL CARDENASGOMEZ
Date issued: 8/19/2026 Invoice nbr: [redacted]
Ticket Nbr: [redacted] Amount: [redacted]
[redacted] GST/HST Tax: 0.00 XT Tax: [redacted] Charged to: VI********** [redacted]

Service Fee: CARDENASGOMEZ
Date issued: 8/20/2026 Invoice nbr:
Document Nbr: [redacted] Amount: [redacted]

Total Tickets: [redacted]
Total Fees:
Total Amount:

Changes to airline reservations may result in an increase in fare and/or carrier penalties. Click here for travel health advisories
Click here for travel alerts and warnings

Proper documentation is required for entry into arrival country. Airport fees may be collected upon arrival or departure
To View US Department of Transportation website listing the countries requiring or permitting application of insecticides on aircraft Click Here

Travel information:
US Effective 05/07/2025 Real ID **TSA** - >>Click to View
UK Effective 01/08/2025 TO/Thru UK Travel Document **Changes** - >>Click to View
Brazil Effective 04/10/2025 TO/Thru BR Travel Document **Changes** - >>Click to View
($80.90/Photo/2-5dayProcessing) Brazilian Government has reinstated visa requirements for the citizens of the United States, Australia and Canada.